Dana T. Braunskill
SP#234594 / SBI#000771471A#
Bayside State Prison
#4293 Rt.#47"   P.O. Box #F-1
Leesburg, N.J. 08327.

U.S. District Court

Trenton, N.J.

Dana T. Braunskill

Vs.

Officer D. Fant

AND

John Doe 1 to 5

Docket # _____

## Jurisdiction.

This is a Civil Action pursuant 42 U.S.C. 1983. Whereas the U.S. District Court shall maintain jurisdiction for 8th and 14th Amendment Constitutional Rights, violated by the above named defendants under the color of state law. The defendants are all being sued in their individual and official capacity.

This court also has supplemental jurisdiction under 28 U.S.C 1367.

## Cause of Action

1) On or about May 23rd 2016 at approximate 6:40PM I the plantiff was wantonly, visciously assaulted by officer D. Fant and John Does 1 to 5. Strucked to the head, face and body. While handcuffed behind my back without cause in Trenton State Prison.

2) That, on May 23rd 2016 after I was wantonly, visciously assaulted by the hands of officer(s) D. Fant., and John Does 1 to 5. I had received medical treatment.

3) The officer(s) they all went without punishment.

## Relief

The plantiff seeks compensatory and punitive damages in the amount to be determined by the court. Jointly and separately from each defendant

Cost of suit
Jury Trial
Attorney Fees.

I certify the foregoing is true

1:4-4 B

November. 3rd 2017

Mr. Dana T. Braunskill.
SP#234594 / SBI #00077147/A