**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANA T. BRAUNSKILL, : | |
| : | |
| Plaintiff, : | Civ. No. 17-11447 (GC) (LHG) |
| : | |
| v. : | |
| : | |
| OFFICER D. FANT, et al., : | **MEMORANDUM & ORDER** |
| : | |
| Defendants. : | |

**CASTNER, District Judge**

Plaintiff, Dana T. Braunskill ("Plaintiff" or "Braunskill"), is a state prisoner proceeding *pro se* with a civil rights complaint filed pursuant to 42 U.S.C. § 1983. Defendants filed a Motion for Summary Judgment on February 21, 2023. (*See* ECF 124). Plaintiff has requested a forty-five (45) day extension of time in which to file a response to Defendants' Motion for Summary Judgment. (*See* ECF 126). Given that Plaintiff is incarcerated, this Court will grant Plaintiff's request. Should Defendants elect to file a reply brief, Defendants may file a reply brief within seven (7) days after Plaintiff files his response to their Motion for Summary Judgment.

Accordingly, IT IS on this 27th day of March, 2023,

ORDERED that Plaintiff's request for an extension of time to file a response to Defendants' Motion for Summary Judgment (ECF 126) is granted; Plaintiff may file his response to Defendants' Motion for Summary Judgment within forty-five (45) days of the date of this Memorandum and Order; and it is further

ORDERED that Defendants may file a reply in support of their Motion for Summary Judgment within seven (7) days of the date Plaintiff files his response to their Motion for Summary Judgment should they elect to do so; and it is further

ORDERED that the Clerk shall serve this Memorandum and Order on Plaintiff by regular U.S. mail.

*/s/ Georgette Castner*
GEORGETTE CASTNER
United States District Judge